— **EXHIBIT  A** —



Return to IDX
P.O. Box 989728
West Sacramento, CA 95798-9728



Terrence Loftus

███████████

||᠁||᠁ᠰᠲ᠇᠇|᠇|||᠁᠁|||᠇᠇᠇ᠰᠲ||᠇ᠰᠲᠰᠲ||᠁||᠇᠁||᠇|᠇



Enrollment Code: ██████████
To Enroll, Scan the QR Code Below:

SCAN ME

Or Visit:
https://app.idx.us/account-creation/protect

November 27, 2024

## NOTICE OF SECURITY INCIDENT

Dear Terrence Loftus:

Keesal, Young & Logan ("KYL") writes to inform you of an incident that may affect the security of some of your information. This letter provides an overview of the incident, our response, and steps you may take to better protect yourself should you wish to do so.

**What Happened?** On June 13, 2024, KYL identified suspicious activity on its network and moved quickly to secure its environment. KYL immediately initiated an investigation with the assistance of third-party forensic specialists to determine the nature and scope of the activity. Through the investigation, we determined that there was unauthorized access to our network between June 7 and June 13, 2024. While on the network, the unauthorized actor acquired certain information stored therein. Therefore, KYL undertook a comprehensive review of the data at risk to determine what information was at issue and to whom the information related. On October 28, 2024, KYL determined that information related to you could be affected.

**What Information Was Involved?** The information that could have been impacted includes your name and the following types of information: Social Security number.

**What We Are Doing.** KYL takes the confidentiality, privacy, and security of information in its care very seriously. Upon discovering the incident, we took immediate steps to secure the network and strengthen our security posture moving forward. KYL is offering you access to complimentary credit monitoring and identity restoration services through IDX for twelve months. The deadline to enroll in these services is February 27, 2025. Please note that you will need to enroll yourself in these services, as we are not able to do so on your behalf. You can find instructions regarding how to enroll in these services in the enclosed *Steps You Can Take to Protect Personal Information*.

**What You Can Do.** You can review the enclosed *Steps You Can Take to Protect Personal Information* which contains guidance regarding what you can do to better protect against possible misuse of your information. We also encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors over the next 12 to 24 months.